IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THON NGOT SANG,

        Plaintiff,        CV F 06 1496 AWI WMW PC

  vs.                       ORDER

R. BAKER,

        Defendant.

      On May 12, 2008, a recommendation of dismissal was entered, recommending dismissal of this action for Plaintiff's failure to submit the forms for service of process to the court. Subsequently, Plaintiff submitted the forms to the court.

      Accordingly, IT IS HEREBY ORDERED that the May 12, 2008, recommendation of dismissal is vacated.  IT IS SO ORDERED.

**Dated:   May 19, 2008**                /s/  **William M. Wunderlich**
                                              UNITED STATES MAGISTRATE JUDGE

1