1

2                       IN THE UNITED STATES DISTRICT COURT

3                       FOR THE EASTERN DISTRICT OF CALIFORNIA

4

5

6

7    THON NGOT SANG,

8              Plaintiff,              CV F 06 1496 AWI WMW PC

9        vs.                          ORDER

10

11

12   R. BAKER,

13             Defendant.

14

15        Plaintiff has filed a motion for leave to file an amended complaint.  Plaintiff correctly

16   notes that Federal Rule of Civil Procedure 15(a) authorizes him to file an amended complaint so

17   long as a responsive pleading has not been filed.  There has been no appearance by any

18   defendant.

19        Plaintiff is cautioned that should he be granted leave to file an amended complaint, the

20   Court will vacate the order of May 14, 2008, directing service upon Defendant Baker by the U.S.

21   Marshal.  This is because a first amended complaint supersedes the original complaint.  The

22   original complaint would have no effect.  Should Plaintiff file a first amended complaint, the

23   court will screen the first amended complaint without any reference to the original complaint.

24        Accordingly, Plaintiff shall inform the court, within thirty days, whether he intends to file

25   a first amended complaint or proceed on the original complaint.  Should Plaintiff fail to respond

26

                                        1

1   to this order within thirty days, the motion for leave to file an amended complaint will be denied

2   without prejudice.

3        Accordingly, IT IS HEREBY ORDERED that Plaintiff shall inform the Court, within

4   thirty days of the date of service of this order, whether he intends to proceed on the original

5   complaint or file a first amended complaint.

6

7   IT IS SO ORDERED.

8   **Dated:   July 7, 2008**               /s/  **William M. Wunderlich**
                                   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26