IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **THON NGOT SANG,**<br><br>                         Plaintiff,<br><br>            v.<br><br>**R. BAKER,**<br><br>                         Defendant. | CASE NO.: 1:06-CV-01496 AWI WMW (PC)<br><br>**ORDER GRANTING DEFENDANT EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

On July 11, 2008, Defendant Baker filed a request for extension of time to file his responsive pleading, explaining that all documentation necessary to determine how to proceed has not yet been received. Defendant Baker further explained that additional time is necessary to prepare a responsive pleading.

**FOR GOOD CAUSE SHOWN**, Defendant Baker is granted an extension of time, up to and including August 14, 2008, in which to file his responsive pleading.

IT IS SO ORDERED.

**Dated:   July 14, 2008**                              /s/  William M. Wunderlich
                                                                    UNITED STATES MAGISTRATE JUDGE