IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THON NGOT SANG,

        Plaintiff,        1: 06 CV 1496 AWI WMW PC

   vs.                      ORDER

R. BAKER, et al.,

        Defendants.

      On August 29, 2008, an order was entered, denying, without prejudice, Plaintiff's motion for leave to file an amended complaint. On the same date, a statement of non-opposition was filed by Defendant. In light of Defendant's non-opposition, the court will vacate the August 29, 2008, order and grant Plaintiff leave to file an amended complaint. Plaintiff is advised that the court will screen the amended complaint, and direct service of process on any defendants that Plaintiff states a claim against. The parties are advised that the August 29, 2008, discovery order is in effect, and the deadlines for litigation are as set in that order.

      In addition, plaintiff is informed that the court cannot refer to a prior pleading in order to make plaintiff's amended complaint complete. Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading. This is because, as a general rule, an amended complaint supersedes the original complaint. See Loux v. Rhay, 375

F.2d 55, 57 (9th Cir. 1967).  Once plaintiff files an amended complaint, the original pleading no longer serves any function in the case.  Therefore, in an amended complaint, as in an original complaint, each claim and the involvement of each defendant must be sufficiently alleged.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion for leave to file an amended complaint is granted; and

2.  Plaintiff is granted thirty days from the date of service of this order to file a first amended complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice; the amended complaint must bear the docket number assigned this case and must be labeled "First Amended Complaint."

IT IS SO ORDERED.

**Dated:**   **September 3, 2008**           /s/  **William M. Wunderlich**
                                           UNITED STATES MAGISTRATE JUDGE