1
2
3
4
5
6
7
8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10                                  FRESNO DIVISION

11

**THON NGOT SANG,**                          1:06-CV-01496 AWI WMW (PC)

12
                                    Plaintiff,    **ORDER VACATING SCHEDULING
13                                                ORDER**

14                v.

**R. BAKER,**
15
                                   Defendant.
16

17        The Court has considered Defendant's motion to vacate the August 29, 2008 scheduling

18   order pending the issuance of a screening order on Plaintiff's amended complaint, which was

19   filed on September 29, 2008, and good cause showing, the scheduling order is vacated.  A new

20   scheduling order will be issued after a screening order is issued on Plaintiff's amended

21   complaint.

22   IT IS SO ORDERED.

23   **Dated:    February 9, 2009           _____/s/  William M. Wunderlich_____**
                                            UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

Order Vacating Scheduling Order
1