IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

THON NGOT SANG,

       Plaintiff,                  1: 06 CV 1496  AWI WMW PC

  vs.                             ORDER RE MOTION (DOC 44)

R. BAKER,

       Defendants.

     Plaintiff has filed a motion for leave to file a second amended complaint. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's motion is granted. Plaintiff is granted thirty days from the date of service of this order in which to file a second amended complaint. IT IS SO ORDERED.

**Dated:   April 30, 2009**                  /s/  **William M. Wunderlich**
                                                 UNITED STATES MAGISTRATE JUDGE