1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9  THON NGOT SANG,                          CASE NO. 1:06-cv-01496-AWI-SMS PC

10                 Plaintiff,               ORDER GRANTING PLAINTIFF A FIFTEEN-
                                            DAY EXTENSION OF TIME WITHIN WHICH
11      v.                                  TO FILE OBJECTIONS

12  R. BAKER, et al.,                       (Doc. 59)

13                 Defendants.
                                    /
14  _____

15      Attorney William L. Schmidt is now representing Plaintiff Thon Ngot Sang in this action.

16  In light of the recent substitution of Mr. Schmidt as counsel of record, the Court hereby grants

17  Plaintiff a fifteen-day extension of time within which to file an Objection, if any, to the Findings and

18  Recommendations filed on August 12, 2010.

19

20  IT IS SO ORDERED.

21  **Dated:    September 21, 2010**              **/s/ Sandra M. Snyder**
                                            UNITED STATES MAGISTRATE JUDGE
22

23

24

25

26

27

28

1