# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THON NGOT SANG, | CASE NO. 1:06-cv-01496-AWI-SMS PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS AND DEFENDANTS, REQUIRING DEFENDANT BAKER TO FILE A RESPONSE TO THIRD AMENDED COMPLAINT WITHIN THIRTY DAYS, AND REFERRING MATTER BACK TO MAGISTRATE JUDGE TO INITIATE SERVICE OF PROCESS PROCEEDINGS ON DEFENDANT NGUYEN |
| v. | |
| R. BAKER, et al., | |
| Defendants. | |
| | (Docs. 58 and 59) |
| / | THIRTY-DAY DEADLINE |

Plaintiff Thon Ngot Sang, a former state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on October 5, 2006.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 12, 2010, the Magistrate Judge screened Plaintiff's Third Amended Complaint and issued a Findings and Recommendations recommending dismissal of certain claims and defendants.  The parties were given thirty days within which to file objections, and on September 21, 2010, Plaintiff was granted a fifteen-day extension of time.  Neither Plaintiff nor Defendant Baker filed any objections.[1]

---

[1] Defendant Baker made an appearance in this action on July 28, 2008.  (Doc. 32.)

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed August 12, 2010, is adopted in full;
2. This action shall proceed on Plaintiff's Third Amended Complaint, filed June 24, 2010, on Plaintiff's Eighth Amendment medical care claims against Defendant Baker and against Defendant Nguyen arising out of the incident on January 7, 2006;
3. Plaintiff's other Eighth Amendment claims are dismissed for failure to state a claim;
4. Defendants Scribner, Wan, Fulks, McGuiness, Martinez, Dela Rose, James, and Does are dismissed based on Plaintiff's failure to state any claims against them;
5. Defendant Baker shall file a response to the Third Amended Complaint within thirty days from the date of service of this order; and
6. This matter is referred back to the Magistrate Judge to initiate service of process proceedings for Defendant Nguyen.

IT IS SO ORDERED.

Dated:   October 15, 2010

_____
CHIEF UNITED STATES DISTRICT JUDGE