# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THON NGOT SANG, | CASE NO. 1:06-cv-01496-SKO PC |
| Plaintiff, | ORDER DISMISSING ACTION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(a)(1) AND DIRECTING CLERK'S OFFICE TO ENTER JUDGMENT FOR DEFENDANTS |
| v. | |
| R. BAKER, et al., | (Doc. 82) |
| Defendants. | |

In light of the death Plaintiff Thon Ngot Sang and the absence of a motion for substitution, this action is HEREBY DISMISSED, with prejudice. Fed. R. Civ. P. 25(a)(1). The Clerk's Office shall enter judgment in favor of Defendants Nguyen and Baker.

IT IS SO ORDERED.

Dated:   April 13, 2012             /s/ Sheila K. Oberto
                                     UNITED STATES MAGISTRATE JUDGE

1